## Commonwealth *v.* DeVinney, Appellant.

Submitted March 15, 1971. *Daniel C. Barrish,* Assistant Public Defender, for appellant; *Bernard A. Moore* and *Stewart J. Greenleaf,* Assistant District Attorneys, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Donohue, Appellant.

Submitted March 17, 1971. *Richard M. Lovenwirth,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.